UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIMOTHY W. MEYER and | : |
| MELISSA C. MEYER | : |
| Plaintiff, | : |
| | : CASE NO.1:22-CV-00237 |
| vs. | : |
| | : |
| ZACHARY LLOYD, LUKE SIMON, | : |
| THE CITY OF CHATTANOOGA, and | : |
| WALMART, INC | : |
| | : |
| Defendants. | : |

## JOINT STATUS REPORT

Pursuant to this Court's prior order (ECF No. 12), this case was stayed pending resolution of criminal proceedings against the plaintiff, and the Parties are jointly submitting this status report to advise the Court of the present status of the criminal proceedings.

The criminal proceedings against Plaintiff have not been resolved and are still pending. The next criminal court appearance is scheduled for late January of 2024 at which time it is expected that a trial date will be assigned if the case is not otherwise resolved. A trial date may be assigned at that time.

Dated: November 28, 2023.

                                              Respectfully submitted,

                                              OFFICE OF THE CITY ATTORNEY
                                              CITY OF CHATTANOOGA, TENNESSEE

                                        By:   /s/*Phillip A. Noblett*
                                                    KATHRYN MCDONALD - BPR No. 30950
                                                    *Assistant City Attorney*
                                                    PHILLIP A. NOBLETT - BPR No. 10074
                                                    *Interim City Attorney*
                                                    100 E. 11th Street, Suite 200

Chattanooga, Tennessee 37402
Telephone: (423) 643-8250
Facsimile: (423) 643-8255

*Attorneys for City of Chattanooga, Officer Zachary Lloyd, and Officer Luke Simon*

DUGGINS LAW GROUP, LLC

By: /s/*Stephen S. Duggins*
STEPHEN S. DUGGINS – BPR #13222
8052 Standifer Gap Road, Suite B
Chattanooga, Tennessee 37421
(423) 635-7113 – Telephone
(423) 635-7114 – Facsimile

*Attorney for Plaintiffs*

HOWELL & FISHER, PLLC

By: /s/*Stephen W. Elliott*
STEPHEN W. ELLIOTT - BPR No. 020062
3310 West End Avenue, Suite 550
Nashville, TN 37203
selliott@howell-fisher.com
Tel. 615-921-5224
Fac. 615-244-3518

*Attorneys for Walmart*