UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TIMOTHY W. MEYER and<br>MELISSA C. MEYER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHATTANOOGA,<br>TENNESSEE, ZACHARY LLOYD,<br>LUKE SIMON, AND WALMART, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 1:22-CV-237-TAV-CHS |

## ORDER

This civil case is before the Court on periodic review. On August 25, 2023, the Court ordered this matter be stayed pending the resolution of plaintiff's related criminal charges and ordered the parties to file joint status reports every 90 days thereafter [Doc. 19]. The parties last filed a joint status report on July 2, 2024 [Doc. 24]. More than 90 days have passed since the parties' last joint status report, and the parties have failed to file a joint status report in compliance with the Court's order.

Accordingly, within **five (5) days** from the date of this Order, the parties are **JOINTLY ORDERED** to **SHOW CAUSE IN WRITING** as to why this case should not be dismissed for failure to prosecute and/or other sanctions imposed. Failure to respond to this Order may result in dismissal of this action without further notice.

IT IS SO ORDERED.

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE