UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

TIMOTHY W. MEYER and           :
MELISSA C. MEYER               :
                     Plaintiff,      :
                                 :     CASE NO.1:22-CV-00237
vs.                              :
                                 :
ZACHARY LLOYD, LUKE SIMON,   :
THE CITY OF CHATTANOOGA, and  :
WALMART, INC                :
                                 :
                Defendants.   :

---

## JOINT STATUS REPORT

---

       Pursuant to this Court's prior order (ECF No. 12), this case was stayed pending resolution of criminal proceedings against the plaintiff, and the Parties are jointly submitting this status report to advise the Court of the present status of the criminal proceedings and to respond to this Court's order of October 11, 2024 (ECF No. 25).

       The Parties respectfully suggest that this case should not be dismissed because of the stay order in effect pending resolution of related criminal proceedings. The related criminal proceedings have not yet been resolved, and, pursuant to the stay order, the Parties are still awaiting the conclusion of related criminal proceedings before proceeding with discovery or other litigation of this case. However, the criminal court trial has been scheduled for January 28, 2025, and to the best of the undersigned's knowledge, the case is expected to be tried at that time.

       Dated: October 11, 2024.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE


By:____/s/*Kathryn McDonald*_____
        KATHRYN MCDONALD - BPR No. 30950
        *Assistant City Attorney*
        PHILLIP A. NOBLETT - BPR No. 10074
        *Interim City Attorney*
        100 E. 11th Street, Suite 200
        Chattanooga, Tennessee 37402
        Telephone:  (423) 643-8250
        Facsimile:  (423) 643-8255

*Attorneys for City of Chattanooga, Officer Zachary Lloyd, and Officer Luke Simon*


DUGGINS LAW GROUP, LLC


By:_____/s/*Stephen S. Duggins*_____
      STEPHEN S. DUGGINS – BPR #13222
      7239 East Brainerd Road
      Chattanooga, Tennessee 37421
      steve@dugginslawgroup.com
      (423) 635-7113 – Telephone
      (423) 635-7114 – Facsimile

*Attorney for Plaintiffs*


HOWELL & FISHER, PLLC


By:____/s/*Stephen W. Elliott*_____
     STEPHEN W. ELLIOTT - BPR No. 020062
     3310 West End Avenue, Suite 550
     Nashville, TN 37203
     selliott@howell-fisher.com
     Tel. 615-921-5224
     Fac. 615-244-3518

*Attorneys for Walmart*