UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIMOTHY W. MEYER and : | |
| MELISSA C. MEYER : | |
| Plaintiff, : | |
| : | CASE NO.1:22-CV-00237 |
| vs. : | |
| : | |
| ZACHARY LLOYD, LUKE SIMON, : | |
| THE CITY OF CHATTANOOGA, and : | |
| WALMART, INC : | |
| : | |
| Defendants. : | |

**JOINT STATUS REPORT**

Pursuant to this Court's prior order (ECF No. 12), this case was stayed pending resolution of criminal proceedings against the plaintiff, and the Parties are jointly submitting this status report to advise the Court of the present status of the criminal proceedings.

The related criminal proceedings have not yet been resolved, and, pursuant to the stay order, the Parties are still awaiting the conclusion of related criminal proceedings before proceeding with discovery or other litigation of this case. The criminal court trial was scheduled for January 28, 2025, but a pretrial conference that was originally scheduled in the criminal case for January 10, 2025 was postponed due to inclement weather and the courthouse being closed. Accordingly, it appears that the criminal trial may also be postponed for a short period, but no new date is known at this time.

Dated: January 14, 2025.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE


By: /s/*Kathryn McDonald*
    KATHRYN MCDONALD - BPR No. 30950
    *Assistant City Attorney*
    PHILLIP A. NOBLETT - BPR No. 10074
    *Interim City Attorney*
    100 E. 11th Street, Suite 200
    Chattanooga, Tennessee 37402
    Telephone: (423) 643-8250
    Facsimile: (423) 643-8255

*Attorneys for City of Chattanooga, Officer Zachary Lloyd, and Officer Luke Simon*


DUGGINS LAW GROUP, LLC


By: /s/*Stephen S. Duggins*
    STEPHEN S. DUGGINS – BPR #13222
    7239 East Brainerd Road
    Chattanooga, Tennessee 37421
    steve@dugginslawgroup.com
    (423) 635-7113 – Telephone
    (423) 635-7114 – Facsimile

*Attorney for Plaintiffs*


HOWELL & FISHER, PLLC


By: /s/*Stephen W. Elliott*
    STEPHEN W. ELLIOTT - BPR No. 020062
    3310 West End Avenue, Suite 550
    Nashville, TN 37203
    selliott@howell-fisher.com
    Tel. 615-921-5224
    Fac. 615-244-3518

*Attorneys for Walmart*