UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIMOTHY W. MEYER and | : |
| MELISSA C. MEYER | : |
|          Plaintiff, | : |
| | :   CASE NO.1:22-CV-00237 |
| vs. | : |
| | : |
| ZACHARY LLOYD, LUKE SIMON, | : |
| THE CITY OF CHATTANOOGA, and | : |
| WALMART, INC | : |
| | : |
|          Defendants. | : |

## JOINT STATUS REPORT

Pursuant to this Court's prior order (ECF No. 12), this case was stayed pending resolution of criminal proceedings against the plaintiff, and the Parties are jointly submitting this status report to advise the Court of the present status of the criminal proceedings.

The related criminal proceedings have not yet been resolved, and, pursuant to the stay order, the Parties are still awaiting the conclusion of related criminal proceedings before proceeding with discovery or other litigation of this case. However, the criminal court trial is scheduled to begin on July 29, 2025, and to the best of the undersigned's knowledge, the case is expected to be tried at that time.

Dated: July 11, 2025.

                                                Respectfully submitted,

                                                OFFICE OF THE CITY ATTORNEY
                                                CITY OF CHATTANOOGA, TENNESSEE

                                                By:   /s/*Kathryn McDonald*
                                                         KATHRYN MCDONALD - BPR No. 30950
                                                         *Assistant City Attorney*
                                                         PHILLIP A. NOBLETT - BPR No. 10074

*City Attorney*
100 E. 11th Street, Suite 200
Chattanooga, Tennessee 37402
Telephone: (423) 643-8250
Facsimile: (423) 643-8255

*Attorneys for City of Chattanooga, Officer Zachary Lloyd, and Officer Luke Simon*

DUGGINS LAW GROUP, LLC

By: /s/*Stephen S. Duggins*
STEPHEN S. DUGGINS – BPR #13222
7239 East Brainerd Road
Chattanooga, Tennessee 37421
steve@dugginslawgroup.com
(423) 635-7113 – Telephone
(423) 635-7114 – Facsimile

*Attorney for Plaintiffs*

HOWELL & FISHER, PLLC

By: /s/*Stephen W. Elliott*
STEPHEN W. ELLIOTT - BPR No. 020062
3310 West End Avenue, Suite 550
Nashville, TN 37203
selliott@howell-fisher.com
Tel. 615-921-5224
Fac. 615-244-3518

*Attorneys for Walmart*