UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIMOTHY W. MEYER and <br> MELISSA C. MEYER <br>                 Plaintiff, <br> <br> vs. <br> <br> ZACHARY LLOYD, LUKE SIMON, <br> THE CITY OF CHATTANOOGA, and <br> WALMART, INC <br>                 Defendants. | : <br> : <br> : <br> :   CASE NO.1:22-CV-00237 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**JOINT RESPONSE TO THIS COURT'S JANUARY 23, 2026 ORDER**

    All parties hereby jointly respond to the order entered by this Court's on January 23, 2026 (ECF No 35),

    The mediator sent a report to defense counsel, but not plaintiff's counsel, on October 21, 2025. The parties believe that the mediator intended to send his report to plaintiff's counsel also, and his certificate of service showed that the report was being sent to opposing counsel, but in reality—as demonstrated from a recent after-the-fact review of the email send by the mediator— the mediator used a wrong email address (different from what was shown on the certificate of service) for plaintiff's counsel. Accordingly, plaintiff's counsel never received the mediator's report. A copy of the mediator's report is attached as an exhibit to this Response.

    The mediator's email to defense counsel in October of 2025 advised that he did not have access to the Court's electronic filing system and asked that one of the attorneys electronically file the report for him. See copy attached as Exhibit A. Defense counsel accidentally overlooked this request and unintentionally failed to file the report. The failure to file the report was not an intentional disregard of the Court's order but was an accidental oversight.

All counsel subsequently conferred in November and December about proceeding with the case and proceeding with depositions following the mediation, but they agreed that they needed to have the stay lifted before they could do so. All counsel accordingly agreed to file a joint motion to lift the stay in December of 2025. Due to a staff error in one defense counsel's office, the motion was not filed when intended and after being approved by all other counsel in December of 2025. After the Court issued its Order of January 13, 2026, (ECF No. 33), the parties proceeded to file the motion to lift stay that they had already previously agreed to file. The failure to file the mediator's report was not intentional by anyone but rather was due to accidental oversight. At this time, all parties are prepared to proceed with discovery and had in fact conferred together about doing so prior to receiving this Court's most recent order of January 23, 2026 (ECF No. 35). A copy of the Mediator's Report is attached as Exhibit B.

The Parties file this response as required by the Court and request relief to proceed with discovery and obtain a new scheduling order to allow this case to proceed timely forward at this time.

Dated: January 28, 2026.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: /s/*Kathryn McDonald*
KATHRYN MCDONALD - BPR No. 30950
*Assistant City Attorney*
PHILLIP A. NOBLETT - BPR No. 10074
*Interim City Attorney*
100 E. 11th Street, Suite 200
Chattanooga, Tennessee 37402
Telephone: (423) 643-8250
Facsimile: (423) 643-8255

*Attorneys for City of Chattanooga, Officer Zachary Lloyd, and Officer Luke Simon*

2

DUGGINS LAW GROUP, LLC

By: /s/*Stephen S. Duggins*
    STEPHEN S. DUGGINS – BPR #13222
    7239 East Brainerd Road
    Chattanooga, Tennessee 37421
    steve@dugginslawgroup.com
    (423) 635-7113 – Telephone
    (423) 635-7114 – Facsimile

*Attorney for Plaintiffs*

HOWELL & FISHER, PLLC

By: /s/*Stephen W. Elliott*
    STEPHEN W. ELLIOTT - BPR No. 020062
    3310 West End Avenue, Suite 550
    Nashville, TN 37203
    selliott@howell-fisher.com
    Tel. 615-921-5224
    Fac. 615-244-3518

*Attorneys for Walmart*

3

Case 1:22-cv-00237-TAV-CHS   Document 36   Filed 01/28/26   Page 3 of 3   PageID #: 151