

**Fwd: FW: Final Report of Mediator (Meyer, et al. v. City of Chattanooga, et al.) Service Pursuant to Rule 5.02 (2)(A)**

**From:** Jennifer Roden <jennifer@harwelllawgroup.com>
**Sent:** Tuesday, October 21, 2025 2:14 PM
**To:** Kathryn McDonald <kmcdonald@chattanooga.gov>; Phillip A. Noblett <pnoblett@chattanooga.gov>; Steve Duggins <steve@stevedugginslaw.com>; Kathy Pepoy <kpepoy@chattanooga.gov>; Steve Elliott <selliott@howell-fisher.com>
**Cc:** Jeff Hollingsworth <jeff@hollingsworthadr.com>
**Subject:** Final Report of Mediator (Meyer, et al. v. City of Chattanooga, et al.) Service Pursuant to Rule 5.02 (2)(A)

Good afternoon,

The attached Final Report of Mediator has been signed. Currently, the mediator does not have electronic filing credentials for United States District Court. Will one of you please prepare a Notice of Filing and

electronically file the attached Mediator Report with Federal Court?

Thank you,

Jennifer Roden

Hollingsworth ADR, LLC

 Please consider the environment before printing this email

*This transmission is confidential and may be privileged or proprietary. If you are not the intended recipient, you are not authorized to use the information in this transmission in any way. Please inform the sender immediately if you have received this transmission in error and permanently delete and destroy the original and any copies of the information.*

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authori ed to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--
**Phillip A. Noblett**
Chattanooga City Attorney
100 East 11th Street, Suite 200
Chattanooga, TN  37402
P: (423) 643-8250 or (423) 643-8233
E: pnoblett@chattanooga.gov
W: www.chattanooga.gov/attorney-office



**CONFIDENTIAL: SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

**NOTICE** - This electronic message (and any documents attached to it) is intended only for the use of the addressee and may contain information that is privileged and confidential and/or may contain attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and any attachments, destroy any hard copies you may have created, and notify the sender immediately so that our address record can be corrected.  IRS Circular 230 requires us to inform you that any statements contained herein are not intended to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by federal tax law.

📄 2025.10.21 Final Report of Mediator.pdf
94K