IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

TIMOTHY W. MEYER and )
MELISSA C. MEYER, )
　)
    Plaintiffs, )
　)
v. ) NO. 1:22-CV-237-TAV-CHS
　)
ZACHARY LLOYD, LUKE SIMON, )
THE CITY OF CHATTANOOGA, and )
WALMART, INC., )
　)
    Defendants. )

## FINAL REPORT OF MEDIATOR

Mediation was ordered on or around August 5, 2025.

Mediation started on October 10, 2025.

Mediation completed on October 10, 2025.

Result of mediation (check all that apply):

    \_\_\_\_ One or more parties did not appear/participate in the mediation.
    _X_ Both (all) parties appeared and participated in the mediation.
    \_\_\_\_ Case settled by mediation.
    \_\_\_\_ Case settled as to all issues.
    \_\_\_\_ Case settled in part.
    _X_ Case did not settle.

Name(s) of Plaintiff's Attorney(s): Steve Duggins

Name(s) of Defendant's Attorney(s): Phil Noblett, Kathryn McDonald, and Stephen Elliott

Name, address, and phone number of the mediator:

    Jeff Hollingsworth
    Hollingsworth ADR, LLC
    832 Georgia Avenue, Suite 510
    Chattanooga, TN 37402

Phone: 423-760-4825

\_\_\_\_\_ Pro bono case

\_\_\_\_\_ Fees paid at least in part by Parent Education and Mediation fund (See T.C.A. § 36-6-413(5). Attach an itemized invoice).

__X__ Full fee case. I do not request that fees be charged as court costs.

_____
Mediator's Signature

10 / 21 / 2025
Date

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing document has been served upon the following counsel, by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope; or by the Court's Electronic Filing System (ECF); or by hand delivering same; or via facsimile or email, as follows:

Stephen S Duggins
Law Office of Stephen Duggins
7239 East Brainerd Road
Chattanooga, TN 37421
steve@dugginslawgroup.com

Phil Noblett
Kathryn McDonald
City of Chattanooga Office of the City Attorney
100 East 11th Street, Suite 200
Chattanooga, TN 37402
pnoblett@chattanooga.gov
kmcdonald@chattanooga.gov

Stephen W Elliott
Howell & Fisher PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
selliott@howell-fisher.com

This 21st day of October, 2025.

JEFF HOLLINGSWORTH