| | | |
|---|---|---|
| TIMOTHY W. MEYER and | : | |
| MELISSA C. MEYER | : | |
| Plaintiff, | : | |
| | : | CASE NO.1:22-CV-00237 |
| vs. | : | |
| | : | |
| ZACHARY LLOYD, LUKE SIMON, | : | |
| THE CITY OF CHATTANOOGA, and | : | |
| WALMART, INC | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF DEFENDANTS' REVISED
## RULE 26(A)(1)(A) DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the *Federal Rules of Civil Procedure* and the Amended

Scheduling Order of this Court entered at *Doc. 38* dated February 6, 2026, Defendants, Zachary

Lloyd, Luke Simon, and the City of Chattanooga, by and through counsel, hereby certifies that all

parties to this action were served with a copy of Defendants' Revised Initial Rule 26 Disclosures.

Said service was made electronically to all counsel:

Stephen S. Duggins, Esq.
Law Office of Stephen S. Duggins
8052 Standifer Gap Road, Suite B
Chattanooga, Tennessee 37421
steve@dugginslawgroup.com

Steve Elliott, Esq.
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN  37203
selliott@howell-fisher.com

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY

By:   s/   Phillip A. Noblett
  PHILLIP A. NOBLETT – BPR #10074
  *City Attorney*
  KATHRYN C. McDONALD – BPR #30950
  *Assistant City Attorney*
  100 East 11th Street, Suite 200
  Chattanooga, Tennessee 37402
  (423) 643-8250 - Telephone
  (423) 643-8255 - Fax

  *Attorneys for Defendant, Corwynn Lee*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Stephen S. Duggins, Esq.
Law Office of Stephen S. Duggins
8052 Standifer Gap Road, Suite B
Chattanooga, Tennessee 37421

Steve Elliott, Esq.
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN  37203
selliott@howell-fisher.com

This 13th day of March, 2026.

s/     Phillip A. Noblett<br>PHILLIP A. NOBLETT

City of Chattanooga, Tennessee
Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, Tennessee 37402
(423) 643-8250
pnoblett@chattanooga.gov
kmcdonald@chattanooga.gov